UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE L. YOUNGER,<br><br>             Plaintiff,<br><br>     v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>             Defendants. | Case No. CV 15-853-CJC (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the action be dismissed with prejudice.

DATED: <u>August 11, 2015</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE