JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONNIE L. YOUNGER, | ) | Case No. CV 15-853-CJC(PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| STATE BAR OF CALIFORNIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>August 11, 2015</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE